## STATE ex CITY LOAN & SAVINGS CO OF WAPAKONETA v MOORE

### Clerk of Courts

Ohio Supreme Court

No. 23148. Decided April 27, 1931

For full opinion see 124 Oh St 256 (Oh Bar 11-10-31).

## INDUSTRIAL COMMISSION v ROTAR

Ohio Supreme Court

No. 22908. Decided Nov 18, 1931

Marshall, CJ, Jones, Matthias, Day and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## METAL FORMS CORP v CLEMANS

Ohio Appeals, 2nd Dist, Madison Co

Decided April 2, 1931

For full opinion see 177 NE 517; 39 Oh Ap 324 (Oh Bar 11-3-31).

## YOUNG v MEYERS, et

Ohio Supreme Court

No. 22899. Decided Nov 18, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**